IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE,<br>1220 L Street, NW<br>Washington, D.C. 20005,<br><br>CHAMBER OF COMMERCE OF<br>THE UNITED STATES OF AMERICA,<br>1615 H Street, N.W.<br>Washington, D.C. 20062,<br><br>NATIONAL MINING ASSOCIATION,<br>101 Constitution Ave, NW<br>Suite 500 East<br>Washington, D.C. 20001-2133,<br><br>NATIONAL ASSOCIATION OF MANUFACTURERS,<br>1331 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004,<br><br>and<br><br>AMERICAN IRON AND STEEL INSTITUTE,<br>1140 Connecticut Ave., N.W., Suite 705<br>Washington, D.C. 20037<br><br>                Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the United States<br>Department of the Interior, H. DALE HALL, Director<br>of the United States Fish and Wildlife Service, and<br>UNITED STATES FISH AND WILDLIFE SERVICE,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>                Defendants. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT
OF THE AMERICAN PETROLEUM INSTITUTE**

4976574

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for the American Petroleum Institute ("API"), certify that to the best of my knowledge and belief, API is a not for profit corporation, has no parent corporation, and no corporations hold any stock in API.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*signature*

John C. Martin, D.C. Bar # 358679
Duane A. Siler, D.C. Bar # 256339
Michele L. Walter, D.C. Bar # 487329
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037
Tel: 202-457-6000
Fax: 202-457-6315
jmartin@pattonboggs.com
dsiler@pattonboggs.com
mwalter@pattonboggs.com

*Counsel for Plaintiffs,*
*American Petroleum Institute, et al.*

Harry Ng, D.C. Bar # 416604
General Counsel & Group Director
American Petroleum Institute
Office of General Counsel
1220 L. Street, NW
Washington, DC 20005
Tel: (202) 682-8260

*Counsel for the American Petroleum Institute*

Robin S. Conrad, D.C. Bar # 342774
Amar D. Sarwal, D.C. Bar # 476007

4976574

National Chamber Litigation Center, Inc.
1615 H Street, NW
Washington, DC 20062
Tel: (202) 463-5337

*Counsel for the Chamber of Commerce of the United States of America*

Tawny Bridgeford, D.C. Bar # 489432
Associate General Counsel
National Mining Association
101 Constitution Ave, NW
Suite 500 East
Washington, D.C. 20001-2133
Tel: (202) 463-2600

*Counsel for the National Mining Association*

Jan S. Amundson, D.C. Bar # 953083
Quentin Riegel, D.C. Bar # 255521
National Association of Manufacturers
1331 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1790
Tel: 202-637-3000

*Counsel for the National Association of Manufacturers*

Barton Green, D.C. Bar # 329771
General Counsel
American Iron and Steel Institute
1140 Connecticut Ave., N.W.
Suite 705
Washington, D.C. 20037
Tel: 202-452-7100

*Counsel for American Iron and Steel Institute*

DATED: August 27, 2008

4976574