IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE,<br>1220 L Street, NW<br>Washington, D.C. 20005,<br><br>CHAMBER OF COMMERCE OF<br>THE UNITED STATES OF AMERICA,<br>1615 H Street, N.W.<br>Washington, D.C. 20062,<br><br>NATIONAL MINING ASSOCIATION,<br>101 Constitution Ave, NW<br>Suite 500 East<br>Washington, D.C. 20001-2133,<br><br>NATIONAL ASSOCIATION OF MANUFACTURERS,<br>1331 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004,<br><br>and<br><br>AMERICAN IRON AND STEEL INSTITUTE,<br>1140 Connecticut Ave., N.W., Suite 705<br>Washington, D.C. 20037<br><br>                       Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, Secretary of the United States<br>Department of the Interior, H. DALE HALL, Director<br>of the United States Fish and Wildlife Service, and<br>UNITED STATES FISH AND WILDLIFE SERVICE,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>                       Defendants. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT
OF THE NATIONAL MINING ASSOCIATION**

4976574

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for the National Mining Association ("NMA"), certify that to the best of my knowledge and belief, NMA is an incorporated national trade association whose members include the producers of most of America's coal, metals, and industrial and agricultural minerals; manufacturers of mining and mineral processing machinery, equipment, and supplies; and engineering and consulting firms that serve the mining industry. NMA has no parent companies, subsidiaries or affiliates that have issued shares or debt securities to the public, although NMA's individual members have done so.

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

        _/s/ John C. Martin_
        John C. Martin, D.C. Bar # 358679
        Duane A. Siler, D.C. Bar # 256339
        Michele L. Walter, D.C. Bar # 487329
        Patton Boggs LLP
        2550 M Street N.W.
        Washington, D.C. 20037
        Tel: 202-457-6000
        Fax: 202-457-6315
        jmartin@pattonboggs.com
        dsiler@pattonboggs.com
        mwalter@pattonboggs.com

        *Counsel for Plaintiffs,*
        *American Petroleum Institute, et al.*

4976574

Harry Ng, D.C. Bar # 416604
General Counsel & Group Director
American Petroleum Institute
Office of General Counsel
1220 L. Street, NW
Washington, DC 20005
Tel: (202) 682-8260

*Counsel for the American Petroleum Institute*

Robin S. Conrad, D.C. Bar # 342774
Amar D. Sarwal, D.C. Bar # 476007
National Chamber Litigation Center, Inc.
1615 H Street, NW
Washington, DC 20062
Tel: (202) 463-5337

*Counsel for the Chamber of Commerce of the United States of America*

Tawny Bridgeford, D.C. Bar # 489432
Associate General Counsel
National Mining Association
101 Constitution Ave, NW
Suite 500 East
Washington, D.C. 20001-2133
Tel: (202) 463-2600

*Counsel for the National Mining Association*

Jan S. Amundson, D.C. Bar # 953083
Quentin Riegel, D.C. Bar # 255521
National Association of Manufacturers
1331 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1790
Tel: 202-637-3000

*Counsel for the National Association of Manufacturers*

Barton Green, D.C. Bar # 329771
General Counsel
American Iron and Steel Institute
1140 Connecticut Ave., N.W.
Suite 705

4976574

                                          Washington, D.C. 20037  
                                          Tel:  202-452-7100

                                        *Counsel for American Iron and Steel Institute*

DATED: August 27, 2008

4976574