RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., | Case No. 08-1496 (EGS) |
| Plaintiffs, | |
| vs. | **DEFENDANTS' NOTICE OF APPEARANCE** |
| DIRK KEMPTHORNE, United States Secretary of the Interior, et al., | |
| Defendants. | |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as counsel for the Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Floom as indicated below.

Service by U.S. Mail:

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Express deliveries (Federal Express, courier, etc.):

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Room 3916
Washington, D.C. 20004

Telephone: (202) 305-0340

Facsimile: (202) 305-0275

E-mail: Kristen.Floom@usdoj.gov

Respectfully submitted this 4th day of September, 2008.

                RONALD J. TENPAS
                Assistant Attorney General
                United States Department of Justice
                Environment & Natural Resources Division
                JEAN E. WILLIAMS, Chief
                LISA LYNNE RUSSELL, Assistant Chief

                <u>/s/ Kristen Byrnes Floom</u>
                KRISTEN BYRNES FLOOM, Trial Attorney
                DC Bar No. 469615
                United States Department of Justice
                Environment & Natural Resources Division
                Wildlife and Marine Resources Section
                Benjamin Franklin Station, P.O. Box 7369
                Washington, DC 20044-7369
                Telephone: (202) 305-0340
                Facsimile: (202) 305-0275
                Kristen.Floom@usdoj.gov

                Attorneys for Defendants